In the United States District Court
Southern District of New York

Regina Lewis
   plaintiff,

-v-

Lennie Lewis, Barbara Ann Lewis, Maraeya Lewis, Lake Street Apts.
   defendant's

private complaint
==not 42 U.S.C. 1983==

RECEIVED APR 21 2014 CHAMBERS OF ALVIN K. HELLERSTEIN

---

On or around September 2012 my apartment of 197 Lake Dr. was burglarized by Eric Weiss. The point of entry was through the broken lock on the sliding doors. The doors were unlocked from July 2, 2012 until September 2012. The doors were removed completely by the U.S. Marshals on July 26, 2012 and scantly replaced and left.

I moved in Lake Street on June 31, 2012. On July 2, 2012 on or around 2:45 am there was an attempted burglary. I called the City of Newburgh Police who responded and left. I left messages for maintenance who responded the next day in the afternoon who informed me that they could not repair nor replace the lock. I reported it to management ~~the day~~ who confirmed the lock could not be repaired or replaced at the time nor did they give any expected date in the future. I was instructed to merely keep the metal rod on the track. The metal rod served as no help because the door could be lifted over the rod. I was also instructed that there were no immediate plans to replace the street lights nor to review the

Cameras. I also notified the manager of the empty air conditioning vent that was missing screws and loose. The air conditioning vent was also on the first floor next to the sliding glass doors. According to neighbors the first burglary attempt on July 2, 2012 was made by my cousin Dajon McDonald son of Linda McDonald and Archie McDonald also residents of Lake Street Apartments. On July 26, 2012 the U.S Marshals removed my right sliding door completely from the track by lifting it up over the rod to unlawfully seize me. Then they simply scantly replaced it.

From July 2, 2012 until September 2012 my sliding door on the first floor remained unlocked and unsecured until it was finally burglarized by U.S. Marshals Eric Weiss according to Lake Street Maintenance. Between the end of September and early October 2012 the sliding door was finally drilled close by maintenance upon my request after learning of the burglary. I notified Lake Street of my whereabouts via legal mail and yet no response. I never authorized my family to remove my personal belongings and without informing me.

On November 27, 2013 I was informed for the first time by my sister Manaya Lewis that she and my family Barbara Lewis and Lennie Lewis had independently each other removed some or all of my personal belongings, becoming responsible for it.

My mother Barbara Lewis dropped off a small tote with summer shoes and a small bag with summer clothes and my coats and informed me via my sister that, that was all she had of my ~~property~~ property. When I called my brother he informed me first, that he felt that I was administering an intimidation tactick and second he felt threatened so I have ended all communication with him. My sister Maraya Lewis informed me that she tried to sell my property first then ~~add~~ ended up giving it away. she confirmed that my red Kitchenaide Blender valued at $1,400.00 ~~is~~ in her next door neighbors house is mine. and she refuses to get it back.

My brother Lennie Lewis is obviously using the same tactick used by others to avoid addressing the issue So before I am charged with aggrivated harrassment and I file a suit I will file the suit now. Lake Street never informed me of eviction proceedings and my family never asked nor informed me of them removing my personal belongings becoming responable for it.

~~Lake Street is liable for allowing my apartment to be unsecured in a high crime area~~

Lake Street is liable for allowing my apartment to be unsecured in a high crime area from July 2, 2012 until on or around September–October 2012 (Late / Early). Lake Street never notified me of any eviction proceedings nor responded to letters. Wherefore, I pray for damages in the sum of $1,000,000.00 one million dollars be awarded against each defendant named herein.

Regina Lewis
1-2-14


Regina Lewis
5-7-14
re-mailed

Name: Regina Lewis
Reg. No. 67206-054
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

⇔67206-054⇔
U S District Court
500 Pearl ST
NEW YORK, NY 10007
United States

PRO SE
5/12/14